In the Matter of MARY JIMINEZ, Petitioner, v ERIC T. SCHNEIDERMAN et al., Respondents. [937 NYS2d 664] Concur—Tom, J.P., Sweeny, DeGrasse, Abdus-Salaam and Manzanet-Daniels, JJ.

In the Matter of WILLIAM HAMEL et al., Petitioners, v ERIC T. SCHNEIDERMAN et al., Respondents. [937 NYS2d 664]— Concur—Tom, J.P., Sweeny, DeGrasse, Abdus-Salaam and Manzanet-Daniels, JJ.